**Kesheanna JACKSON, Plaintiff-Appellant**

v.

**NORAC, INC. (originally named as Norac Additives Inc), doing business as Norac Additives, Defendant-Appellee**

**No. 16-2971**

United States Court of Appeals, Eighth Circuit.

Submitted: May 19, 2017

Filed: May 24, 2017

Robert E. Kinchen, Kinchen Law Firm, Helena, AR, for Plaintiff-Appellant

Brian A. Vandiver, Cox & Sterling, North Little Rock, AR, for Defendant-Appellee

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

**PER CURIAM.**

In this employment-discrimination action, Kesheanna Jackson appeals the district court's[1] adverse grant of summary judgment on her harassment and retaliation claims under Title VII and the Arkansas Civil Rights Act. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court agrees with the district court's reasoning and concludes that summary judgment was properly granted. See Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment is reviewed de novo, viewing record in light most favorable to nonmovant); Integrity Floorcovering, Inc. v. Broan-Nutone, LLC, 521 F.3d 914, 917 (8th Cir. 2008) (district court's determination of state law is reviewed de novo).

The judgment is affirmed.

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.